NO. 30258

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

URGENT CARE MAUI, INC.,
Plaintiff-Appellee,

v.

ROGER BRYNER,
Defendant-Appellant



APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC-CV NO. 09-1-1605)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Roger Bryner (Appellant) filed a notice of appeal on December 22, 2009; (2) on February 22, 2010, the appellate clerk filed a notice of entering case on calendar and notified Appellant the jurisdictional statement was due on March 4, 2010 and the opening brief was due on April 3, 2010; (3) Appellant did not file the statement of jurisdiction or the opening brief; (4) on April 9, 2010, the appellate clerk informed Appellant that (a) the time to file the statement of jurisdiction and the opening brief expired; (b) the matter would be brought to the attention of the court on April 16, 2010 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to HRAP Rule 30; and (5) Appellant did not file the statement of jurisdiction and opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, May 12, 2010.

Chief Judge

Associate Judge

Associate Judge